NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2020-1713, 2020-1714, 2020-1885

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01443, IPR2018-01444, IPR2018-01513.

---

## JUDGMENT

---

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Menlo Park, CA, argued for appellant.  Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

MICHAEL WAGNER, Merchant & Gould P.C., Denver, CO, argued for appellee.  Also represented by JEFFREY BLAKE, Atlanta, GA; DANIEL W. MCDONALD, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2021                    /s/ Peter R. Marksteiner
Date                           Peter R. Marksteiner
                               Clerk of Court